# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RUBIN GORDON, : | |
| Inmate No. 1112156, : | |
|    Plaintiff, : | PRISONER CIVIL RIGHTS |
| : | 42 U.S.C. §1983 |
| v. : | |
| : | CIVIL ACTION NO. |
| FULTON COUNTY DISTRICT : | 1:22-CV-3319-CAP-JKL |
| ATTORNEY'S OFFICE, : | |
|    Defendant. : | |

## ORDER

Plaintiff Rubin Gordon, being held at the Fulton County Jail in Atlanta, Georgia, submitted a handwritten letter to the Court that the Clerk docketed as a *pro se* civil rights action pursuant to 42 U.S.C. §1983. (Doc. 1). Plaintiff has not paid the $350 filing and $52 administrative fees; nor has he filed a request to proceed *in forma pauperis*.[1]

**IT IS ORDERED** that Plaintiff must submit the full $402.00 initial filing and administrative fees, or a completed an executed financial affidavit seeking leave to proceed *in forma pauperis* on the proper forms that the Clerk will provide to him, which includes: (1) an authorization allowing his custodian to withdraw funds from his inmate account; (2) a completed certificate signed by an authorized institutional

---

[1] The $52.00 administrative fee is waived if *in forma pauperis* status is granted.

officer regarding the current balance in his inmate account; and (3) a certified copy of his inmate trust account balance for the six-month period preceding the filing of the instant action certified by an authorized institutional officer.

Plaintiff is cautioned that, even if he is allowed to proceed *in forma pauperis*, pursuant to 28 U.S.C. §1915(b)(1), he must nevertheless pay the full amount of the $350.00 filing fee from his prisoner account. If, according to his affidavit, sufficient assets are in his account, this Court must assess an initial partial filing fee based on the assets available. In addition, by order of this Court, Plaintiff's custodian would deduct further amounts from his account. Specifically, the balance of the filing fee would be paid on behalf of Plaintiff from his inmate account, in monthly or other incremental payments in the amount of 20% of the preceding month's income credited to the account in each month in which Plaintiff's account balance exceeds $10.00 until the $350.00 fee is paid in full. Plaintiff will be required to pay the fee regardless of whether he is successful with his suit. If Plaintiff does not want to have funds deducted from his account, he should file a motion voluntarily dismissing this action.

It also is not clear whether Plaintiff actually intended to file a complaint. **IT IS FURTHER ORDERED** that, should Plaintiff wish to proceed with this action, he must, within thirty days of the date of this Order, **AMEND** the complaint on the proper forms for filing a 42 U.S.C. §1983 complaint in compliance with the Federal

Rules of Civil Procedure, *i.e.*, he must: (1) draft any amendment on the proper form(s) provided by the Clerk; (2) clearly caption any amended filing as an amendment to Civil Action No. 1:22-cv-3319-CAP-JKL; (3) add no more than ten pages to the forms provided; (4) write legibly, only on one side of each page, and double spaced; (5) provide the name of each intended defendant; (6) provide only factual allegations concerning events in which he himself suffered some injury; (7) clearly identify each defendant responsible for that injury; (8) omit all legal argument or conclusion; (9) provide information on the administrative relief that he has pursued; and (10) specify the relief he seeks from this Court. Plaintiff is advised that the amended complaint shall supersede and replace his previous pleadings filed in this action.

This action shall proceed no further until Plaintiff complies with the instructions in this Order. Plaintiff is advised that failure to pay the fee or submit the required affidavit, and/or submit a complaint that conforms to this Court's instructions in this Order within the specified time period may result in dismissal of this action.

The Clerk of the Court is **DIRECTED** to forward the appropriate financial affidavit and the proper civil action forms to Plaintiff together with a copy of this Order.

**SO ORDERED** this 18th day of August, 2022.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE